

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00009-CV

**IN THE ESTATE OF** Barbara R. **DEAN**, Deceased

From the County Court, Jim Wells County, Texas
Trial Court No. 7344
Honorable Homero Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings. It is ORDERED that appellant, Ruth Dean Brillhart, recover her costs of this appeal from appellee, Barbara Dean Hendricks.

SIGNED February 28, 2018.

_____
Rebeca C. Martinez, Justice